UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

03-73102

PAUL D. BORMAN

| | |
|---|---|
| LARRY E. HARRISON, Plaintiff, | Case No. 5:03-cv-113 |
| v. | Honorable Robert Holmes Bell |
| CITY OF DETROIT et al., Defendant. | **ORDER OF TRANSFER** |

FILED
AUG 13 2003
CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff is presently incarcerated at the Huron Valley Correctional Facility. Plaintiff sues the City of Detroit, Mayor Kwame Kilpatrick, Chief of Police Jerry Oliver, Detective James Fisher and Detective Barbara Simon. In Plaintiff's *pro se* complaint, he alleges that he was unlawfully arrested and that Defendants conspired to violate his civil rights. The events giving rise to Plaintiff's action occurred in Detroit, which is located in Wayne County. Wayne County is within the geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a).

Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). Defendants are public officials serving in Wayne County, and they "reside" in that county for purposes of venue over a suit challenging official acts. *See Butterworth v. Hill*, 114 U.S. 128, 132 (1885); *O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972), *cert. denied*, 411 U.S. 964 (1973). Plaintiff's allegations against these Defendants arose in Wayne County, where Defendants allegedly committed the acts giving rise to this case. *See Leroy v. Great*

*Western United Corp.*, 443 U.S. 173, 185-87 (1979). In these circumstances, venue is proper only in the Eastern District. Therefore:

IT IS ORDERED that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **It is noted that this Court has not decided Plaintiff's motion to proceed *in forma pauperis*, nor has the Court reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).** The Clerk shall transmit the file forthwith to the Clerk of the Court in Detroit.

IT IS SO ORDERED.

Dated: August 5, 2003

/s/ Joseph G. Scoville
United States Magistrate Judge

CERTIFIED
ECF DOCUMENT

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Michigan on 8-5-03

RONALD C. WESTON, SR., CLERK OF COURT

By: E. Coppelle Dated: 8-6-03
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

# SEE CASE FILE FOR ADDITIONAL DOCUMENTS OR PAGES THAT WERE NOT SCANNED